# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **THE JOHN K. MACIVER INSTITUTE FOR PUBLIC POLICY, INC.**, on behalf of the class it seeks to represent, | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| **FRANCIS SCHMITZ, JOHN CHISHOLM, BRUCE LANDGRAF, DAVID ROBLES, and ROBERT STELTER,** in their official and individual capacities, and **KEVIN KENNEDY, SHANE FALK, and JONATHAN BECKER**, in their individual capacities, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 16-cv-539 |
| **Defendants.** | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff The John K. MacIver Institute for Public Policy ("MacIver"), on behalf of itself and members of the class it seeks to represent, appeals to the United States Court of Appeals for the Seventh Circuit from the Amended Opinion and Order of March 16, 2017 (Dkt. No. 94) granting Defendants Francis Schmitz, John Chisholm, Bruce Landgraf, David Robles, Kevin Kennedy, Shane Falk, and Jonathan Becker's Motion to Dismiss (Dkt. No. 65) and Defendant Robert Stelter's Motion to Dismiss (Dkt. No. 68) and denying MacIver's Motions for Preliminary Injunction and for Return of Property (Dkt. No. 88) and from the final judgment entered on March 20, 2017 (Dkt. No. 95).

Dated: April 17, 2017	Respectfully submitted,

**GRAVES GARRETT, LLC**

*/s Edward D. Greim*
Todd P. Graves (admitted *pro hac vice*)
Edward D. Greim (admitted *pro hac vice*)
	(Counsel of Record)
Dane C. Martin (admitted *pro hac vice*)
J. Benton Hurst (admitted *pro hac vice*)
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel: 816-256-3181
Fax: 816-817-0863
tgraves@gravesgarrett.com
edgreim@gravesgarrett.com
dmartin@gravesgarrett.com
bhurst@gravesgarrett.com

***Counsel for The John K. MacIver Institute for Public Policy, Inc.***